UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJUAN EDWARDS, #233962,

                    Plaintiff,                  CIVIL ACTION NO. 11-12926

                v.                      DISTRICT JUDGE MARIANNE O. BATTANI

DEBRA SCUTT, E. WALTON,      MAGISTRATE JUDGE MARK A. RANDON
J. RUDOLPH, and MICHIGAN
DEPARTMENT OF CORRECTIONS,

                    Defendants.

_____/

**ORDER STAYING PLAINTIFF'S MOTIONS PENDING
RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [30]**

Before the court are the following motions:

1) Plaintiff's motion to produce documents for pretrial proceedings (Dkt. No. 15);

2) Plaintiff's motion to add "A-'Rus" J. Horvath as Defendant (Dkt. No. 20);

3) Plaintiff's motion for Leave to File Supplement to Complaint (Dkt. No. 24);

4) Plaintiff's motion for leave to supplement "A-Rus" J. Horvath as a defendant/party

to plaintiff's complaint for declaratory judgment and injunctive relief for the second

claim and defense (Dkt. No. 37);

5) Plaintiff's motion for documents discovery and pretrial proceedings (Dkt. No. 40);

6) Plaintiff's motion for leave to supplement to incorporate how plaintiff's federal

constitutional rights apply to plaintiff's complaint, claim and defenses (Dkt. No. 44);

7) Plaintiff's motion to amend/correct his incomplete docket /case number on his

pleadings he filed (Dkt. No. 52);

8) Plaintiff's Motion to Consolidate (Dkt. No. 64).

- 1 -

The Court has reviewed these motions and finds each of them may be impacted by the Court's resolution of Defendants' motion to dismiss (Dkt. No. 30).

Accordingly, **IT IS ORDERED** that a decision of these motions is **STAYED** pending resolution of Defendants' dispositive motion.

**SO ORDERED**.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  February 13, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, February 13, 2012, by electronic and/or first class U.S. mail.*

s/Melody R. Miles
*Case Manager to Magistrate Judge Mark A. Randon*

- 2 -