UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJUAN EDWARDS, #233962,

    Plaintiff,                               CIVIL ACTION NO. 11-12926

    v.                                     DISTRICT JUDGE MARIANNE O. BATTANI

DEBRA SCUTT, E. WALTON,            MAGISTRATE JUDGE MARK A. RANDON
J. RUDOLPH, and MICHIGAN
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

### ORDER STAYING PLAINTIFF'S MOTIONS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [30]

Before the court are the following motions:

1) Plaintiff's motion to produce documents for pretrial proceedings (Dkt. No. 15);

2) Plaintiff's motion to add "A-'Rus" J. Horvath as Defendant (Dkt. No. 20);

3) Plaintiff's motion for Leave to File Supplement to Complaint (Dkt. No. 24);

4) Plaintiff's motion for leave to supplement "A-Rus" J. Horvath as a defendant/party to plaintiff's complaint for declaratory judgment and injunctive relief for the second claim and defense (Dkt. No. 37);

5) Plaintiff's motion for documents discovery and pretrial proceedings (Dkt. No. 40);

6) Plaintiff's motion for leave to supplement to incorporate how plaintiff's federal constitutional rights apply to plaintiff's complaint, claim and defenses (Dkt. No. 44);

7) Plaintiff's motion to amend/correct his incomplete docket /case number on his pleadings he filed (Dkt. No. 52);

8) Plaintiff's Motion to Consolidate (Dkt. No. 64).

The Court has reviewed these motions and finds each of them may be impacted by the Court's resolution of Defendants' motion to dismiss (Dkt. No. 30).

Accordingly, **IT IS ORDERED** that a decision of these motions is **STAYED** pending resolution of Defendants' dispositive motion.

**SO ORDERED**.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: February 13, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, February 13, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*