UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEJUAN EDWARDS, #233962,

    Plaintiff,                               CIVIL ACTION NO. 11-12926

    v.                                    DISTRICT JUDGE MARIANNE O. BATTANI

DEBRA SCUTT, E. WALTON,             MAGISTRATE JUDGE MARK A. RANDON
J. RUDOLPH, and MICHIGAN
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

**ORDER DENYING – WITHOUT PREJUDICE – PLAINTIFF'S
MOTION TO PRODUCE (DKT. 15), PLAINTIFF'S MOTION TO
ADD "A-RUS" J. HORVATH AS DEFENDANT (DKT. 20) AND PLAINTIFF'S
MOTION FOR LEAVE TO FILE A SUPPLEMENT TO COMPLAINT (DKT. 24)**

The Court previously ordered (Dkt. 67) that several motions filed by Plaintiff would be "stayed" pending resolution of Defendants' motion to dismiss (Dkt. 30). The three motions referenced in the caption above are now hereby **DENIED, WITHOUT PREJUDICE**. Plaintiff may re-file these motion should the Court deny Defendants' motion to dismiss.

**IT IS SO ORDERED**.

                                                   s/Mark A. Randon
                                                   MARK A. RANDON
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2012

                                       *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, March 15, 2012, by electronic and/or first class U.S. mail.*

                                                   *s/Melody R. Miles*
                                                   *Case Manager to Magistrate Judge Mark A. Randon*